No. 535. Connell et al. *v.* Walker. November 20, 1933. Petition for writ of certiorari to the Supreme Court

of North Dakota granted. *Mr. John A. Jorgenson* for petitioners. *Mr. Paul E. Shorb* for respondent.